| AUSA: | Yara Hindelang | Telephone: | (313) 226-9100 |
|---|---|---|---|
| Special Agent: | Frank Bonadonna | Telephone: | (313) 226-0500 |

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.

David Richard GUILDS

Case No.

Case: 2:25−mj−30217
Assigned To : Unassigned
Assign. Date : 4/9/2025
Description: RE: DAVID RICHARD GUILDS (EOB

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 9, 2025__ in the county of __Oakland__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2252A(a)(1) | Transportation of child pornography |
| 18 U.S.C. 2252A(a)(5)(B) | Possession of child pornography |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_Complainant's signature_

Frank Bonadonna, Special Agent, HSI
_Printed name and title_

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __April 9, 2025__

_Judge's signature_

City and state: __Detroit, Michigan__

Honorable David R. Grand, U.S. Magistrate Judge
_Printed name and title_

# AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Frank Bonadonna, a Special Agent (SA) with Homeland Security Investigations (HSI), being duly sworn, depose and state as follows:

## INTRODUCTION

1. I am a Special Agent with Homeland Security Investigations (HSI) and have been since November 1, 2014. I was stationed with HSI in Calexico, California from November 2014 to May 2019, and have been with HSI in Detroit from May 2019 to the present. Prior to 2014, I was a Special Agent with the National Oceanic and Atmospheric Administrations (NOAA), Office of Law Enforcement (OLE) in Juneau, Alaska. I graduated the Criminal Investigator Training Program (CITP) at the Federal Law Enforcement Training Center (FLETC) in Glynco, Georgia in November 2007, the NOAA Enforcement Basic Training Program (NET Basic) in April 2008, and the Homeland Security Investigations Special Agent Training Program (HSISAT) in September 2015. I graduated from the Catholic University of America in May 2005 with a dual Bachelor of Arts Degree in Philosophy (pre-law) and Politics (pre-law). I have extensive experience in wildlife and narcotics trafficking investigations and have conducted numerous child pornography investigations during my career as a special agent. Moreover, I am a federal law

1

enforcement officer who is engaged in enforcing the criminal laws, including 18 U.S.C. §§ 2251, 2252, and 2252A.

2. This affidavit is submitted in support of an application for a criminal complaint and arrest warrant for David Richard GUILDS for violations of 18 U.S.C. §§ 2252A(a)(1) (transportation of child pornography) and 2252A(a)(5)(B) (possession of child pornography).

3. The statements contained in this affidavit are based in part on information provided by U.S. law enforcement officers, written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents, information gathered from investigative sources of information, and my experience, training and background as a special agent.

4. This affidavit is submitted for the limited purpose of securing an arrest warrant. I have not included every fact I know about this investigation. Instead, I have set forth only the facts that I believe are necessary to establish probable cause that GUILDS has violated 18 U.S.C. §§ 2252A(a)(1) (transportation of child pornography) and 2252A(a)(5)(B) (possession of child pornography).

## **PROBABLE CAUSE**

5. In October 2024, HSI Special Agents received three (3) Cyber Tips from the National Center for Missing and Exploited Children (NCMEC) regarding Google accounts associated with David Richard GUILDS. Of those three Cyber Tips, all

originated from Google LLC and involved email accounts DRGUILDS5*@gmail.com and/or DGUILDS7*@gmail.com uploading images of child sexually abusive material (CSAM) to the Google Photos infrastructure in 2024. Included in the Cyber Tips was information from Google LLC about the account holder of DRGUILDS5*@gmail.com and DGUILDS7*@gmail.com: both being listed as "David GUILDS" born in 1978.

6. Records checks performed by HSI Detroit determined that David Richard GUILDS, with the above-listed date of birth, resides at a location in Waterford, Michigan. I also learned that GUILDS was arrested by HSI in 2014 for receiving and possessing child pornography. GUILDS pleaded guilty to possession of child pornography and in 2016, he was sentenced to 36 months' incarceration. (EDMI Case No. 14-cr-20720.) Record checks performed with the Michigan State Police, Sex Offender Registry Unit indicate GUILDS first registered as a sex offender on January 27, 2016, is currently registered as a sex offender, and is required to continue such registration until January 27, 2031.

7. On February 28, 2025, I served a search warrant on Google LLC for information associated with DRGUILDS5*@gmail.com and DGUILDS7*@gmail.com stored at premises owned, maintained or operated by Google LLC. On March 19, 2025, Google LLC provided the requested information in the form of 5,300 media files, which after analysis 30 were identified as video

3

files of child pornography, 12 of which are unique. Three of those videos are described below.

a. An approximately 11-minute video depicts a minor female, approximately age 12 to 15, walking fully clothed into a room before removing all her clothes except her underwear and performing oral sex on an erect penis while sitting on a bed. The video also depicts the minor's anal penetration and the male's ejaculation.

b. An approximately 20-minute video depicts two minor females, approximately age 12 to 15, app showering together. Both minors are initially clothed in either underwear or bathing suits before becoming naked and lying on top of one another. At one point, one minor places her face between the other minor's legs.

c. An approximately 18-minute video depicts a minor female, approximately age 8 to 12, with a moustache drawn on her face, sitting, lying and standing on a bathroom floor. In the video, the minor female penetrates herself orally, anally, and vaginally with a rubber penis, a green penis shaped object, and a toothbrush.

8. On April 9, 2025, law enforcement executed a federal search warrant at GUILDS's home in Waterford Township, Michigan. GUILDS was present during the execution of the warrant and confirmed he resided at the location. GUILDS

was advised of his *Miranda* rights and responded that he did not wish to speak with agents.

9. During the search, law enforcement seized electronic devices, including a Motorola G Stylus 5G smartphone identified as belonging to GUILDS. A preliminary review of GUILDS's Motorola phone identified a folder containing multiple images of child pornography.

10. Based on the information contained herein, there is probable cause to believe that GUILDS committed violations of 18 U.S.C. §§ 2252A(a)(1) (transportation of child pornography) and 2252A(a)(5)(b) (possession of child pornography). Accordingly, I ask the Court to issue a criminal complaint and arrest warrant.

Respectfully submitted,

_____
Frank Bonadonna, Special Agent
Homeland Security Investigations

Sworn to before me and signed in my
Presence and/or by reliable electronic means.

_____
HON. DAVID R. GRAND
UNITED STATES MAGISTRATE JUDGE

Date: April 9, 2025

5